**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00209-CV

### FLUOR INTERCONTINENTAL, INC., Appellant

### V.

### DAVID DAWSON, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15340**

## ORDER

On November 25, 2013, we ordered Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court, to file the reporter's record by **DECEMBER 5, 2013** and not sit as a court reporter until the record was filed. The record was not timely filed, but by letter dated December 11, 2013, she informed us that she had "finally finished the appeal and [was] awaiting on the exhibits to be copied" before filing the record. To the extent the letter can be construed as motion for extension of time to file the record, we **DENY** the motion. Because the record has not been filed, our November 25, 2013 order remains in effect and Ms. Dobbins may not sit until the record is filed.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dale Tillery, Presiding Judge, 134th Judicial District Court; Vielica Dobbins; and counsel for all parties.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE